

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jul 10 04:51:43 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [      ] OR Jump | to record: [      ] **Record 1 out of 8**

| TSDR | ASSIGN STATUS | TTAB STATUS | *( Use the "Back" button of the Internet Browser to return to TESS)*

# INTEGRIS

| | |
|---|---|
| **Word Mark** | INTEGRIS |
| **Goods and Services** | IC 036. US 100 101 102. G & S: **Financial** planning and investment advisory services. FIRST USE: 20060401. FIRST USE IN COMMERCE: 20060401 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85238903 |
| **Filing Date** | February 10, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 10, 2012 |
| **Registration Number** | 4117186 |
| **Registration Date** | March 27, 2012 |
| **Owner** | (REGISTRANT) Integris Wealth Management, LLC LIMITED LIABILITY COMPANY CALIFORNIA 456 Washington Street Monterey CALIFORNIA 93940 |
| **Attorney of Record** | Robert W. Payne |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |